1  MITCHELL L. ABDALLAH #231804
   ABDALLAH LAW GROUP
2  1006 4th Street, 4th Floor
   Sacramento, California  95814
3  Telephone: (916) 446-1974
4  Facsimile: (916) 446-3371

5  Attorneys for Plaintiffs
   ALLEN HUBBARD and NORMAN HUBBARD
6

7

8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11 ALLEN HUBBARD                    Case No.  2:09-CV-03100-MCE-DAD
   and NORMAN HUBBARD,
12                                  **ORDER VACATING SANCTIONS**
            Plaintiffs,
13
            vs.
14
15 JEFFERSON ADAMS, et al.,

16          Defendants.

17

18     The Court, having considered plaintiffs' counsel's ex parte application and moving papers

19 for an order vacating sanctions, finds as follows:

20     IT IS HEREBY ORDERED, pursuant to Federal Rule of Civil Procedure §60(b) due to

21 inadvertence and excusable neglect, plaintiffs' counsel's motion for an order vacating sanctions

22 imposed in the amount of $250.00 on August 19, 2010, is hereby granted.  The remainder of the

23 Court's order of August 19, 2010, remains as stated.

24 DATED:  August 27, 2010

25

26                                  MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE
27

28

ORDER VACATING SANCTIONS

PDF created with pdfFactory trial version www.pdffactory.com